# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 12-3084
_____

State of Nebraska

Petitioner

v.

United States Environmental Protection Agency; Gina McCarthy, Administrator, United States Environmental Protection Agency

Respondents

Sierra Club; National Parks Conservation Association

Intervenors
_____

No: 12-3085
_____

National Parks Conservation Association; Sierra Club

Petitioners

v.

United States Environmental Protection Agency; Lisa P. Jackson, Administrator

Respondents

Nebraska Public Power District; State of Nebraska

Intervenors
_____

Petition for Review of an Order of the Environmental Protection Administration
(EPA-R07-OAR-2012-0158)
_____

# JUDGMENT

Before RILEY, Chief Judge, BYE and BENTON, Circuit Judges.

    The petitions for review from an order of the Environmental Protection Administration were submitted on the records, briefs of the parties and were argued by counsel.

    After consideration, it is hereby ordered and adjudged that the petitions for review in this cause are denied in accordance with the opinion of this Court.

February 03, 2016

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
    /s/ Michael E. Gans