# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 12-3084

State of Nebraska

Petitioner

v.

United States Environmental Protection Agency and Gina McCarthy, Administrator, United States Environmental Protection Agency

Respondents

Sierra Club and National Parks Conservation Association

Intervenors

No: 12-3085

National Parks Conservation Association and Sierra Club

Petitioners

v.

United States Environmental Protection Agency and Gina McCarthy, Administrator, United States Environmental Protection Agency

Respondents

Nebraska Public Power District and State of Nebraska

Intervenors

_____

Petition for Review of an Order of the Environmental Protection Administration
(EPA-R07-OAR-2012-0158)
_____

# MANDATE

In accordance with the opinion and judgment of 02/03/2016, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

March 28, 2016

Clerk, U.S. Court of Appeals, Eighth Circuit